**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Exhibit 7

**Receipt for Property and Other Items**

4/15/2022
04:30 am

| Page 2 of 2 | Case/Inspection Number | Case/Inspection Title | Office |
|---|---|---|---|
| | | | ALBUQUERQUE |

Taken from: *(name, title, address, if appropriate)*
Lawrence Demonico

Recipient: *(name, title, address, if appropriate)*

Location of Transfer or Seizure
239 US-550 N Bernalillo, NM

Basis for Transfer or Seizure of Items:

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 BOX | labeled RBF-SAT-01 (ULMER) Housing QTY 504 FA Parts |
| 1 BOX | labeled RBF-SAT-01 QTY: 219 w/ FA Parts |
| 1 BOX | labeled RBF-SAT-01-E PO# 12313 Housing Box 1 of 3 QTY 600 FA Parts |
| 1 BOX | labeled Enelco PO #12385 Housing QTY 596 Box 1 of 2 RBF-SAT-01-E FA Parts |
| 1 BOX | labeled Enelco PO# 12313 RBF-SAT-01-E Housing Box 3 of 3 QTY 361 FA Parts |
| 1 BOX | labeled RBF-SAT-01 (ULMER) Housing QTY 438 FA Parts |
| 1 BOX | labeled RBF-SAT-01 (ULMER) Housing 534 QTY FA Parts |
| 1 BOX | USPS box containing FA Parts |
| 1 BOX | USPS Box labeled "200" FA Parts |
| 1 BOX | USPS Box labeled "200" "48" or "98" FA Parts |
| 1 BOX | labeled RBF-SAT-1103-3P QTY 4224 Safety Select Lever FA Parts |
| 1 BOX | labeled RBF-SAT-02 Trigger containing FA Parts |

I hereby acknowledge receipt of the above item(s) into my custody.
Received by: *(signature)*    Date
Transferred by: *(signature, if appropriate)*    Date    Witnessed by: *(signature)*    Date

U.S. GOVERNMENT PUBLISHING OFFICE: 2015-394-311

ATF Form 3400.23
Revised March 2005

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Exhibit 7

**Receipt for Property and Other Items**

4/15/2022
04:30 am.

Page 1 of 2 | Case/Inspection Number | Case/Inspection Title | Office: ALBUQUERQE

Taken from: (name, title, address, if appropriate)
Lawrence Demorico

Recipient: (name, title, address, if appropriate)

Location of Transfer or Seizure
239 US 550 N Benalillo, NM

Basis for Transfer or Seizure of Items:

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 box | containing plastic casing (packaging) |
| 1 box | containing plastic casing (packing) |
| 1 box | FA parts (safety select lever) |
| 1 box | FRT TRIGGERS |
| 1 box | Container labeled 150 FRT PARTS |
| 1 box | FA steel RBF on box |
| 1 box | Containing plastic packaging |
| 1 box | FA PARTS (E7660) on box |
| 1 box | W400 Labeled FA PARTS |
| 1 box | RBF-SAT-01 GTA537 FA PARTS |
| 1 box | E7822 FA PARTS |
| 1 box | Packaging w/ FRT TRIGGERS |
| 1 box | packaging labeled 150 W FRTS |
| 1 box | packing labeled 150 W FRTS |
| 1 box | packaging labeled 150 W FRTS |
| 1 box | RBF-SAT-01 labeled w/ FA PARTS |
| 1 box | FA PARTS Labeled empty package label on box |
| 1 box | labeled PO#12139 E4824 containing FA PARTS |

I hereby acknowledge receipt of the above item(s) into my custody.
Received by: (signature) | Date
Transferred by: (signature, if appropriate) | Date | Witnessed by: (signature) | Date

U.S. GOVERNMENT PUBLISHING OFFICE: 2015-394-311

ATF Form 3400. 23
Revised March 2005