Exhibit 16

| | |
|---|---|
| **From:** | Clendenen, Michael P. (CIV) |
| **To:** | Kevin Maxwell |
| **Cc:** | Linnette Conde |
| **Subject:** | RE: Case 6:21-cv-01245-CEM-GJK Rare Breed Triggers, LLC et al v. Garland et al |
| **Date:** | Friday, August 13, 2021 07:29:08 PM |

Good [evening] Mr. Maxwell,

As discussed at the hearing today, ATF will be filing the completed administrative record on Monday, August 16, 2021. Anything submitted to the agency after the initiation of this lawsuit, and certainly anything submitted after the compilation of the administrative record, would not have been considered by the agency when it made the challenged decision and thus cannot be included in the administrative record.

Respectfully,

Michael P. Clendenen
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12028
Washington, DC 20005
(P): 202-305-0693
(C): 202-532-5747
michael.p.clendenen@usdoj.gov


-----Original Message-----
From: Kevin Maxwell <kevincmaxwell@gmail.com>
Sent: Friday, August 13, 2021 6:49 PM
To: Clendenen, Michael P. (CIV) <Michael.P.Clendenen@usdoj.gov>
Cc: Linnette Conde <kevinmaxwellpl@gmail.com>
Subject: Case 6:21-cv-01245-CEM-GJK Rare Breed Triggers, LLC et al v. Garland et al


Good evening:

As you aware from you previous e-mails and from today's hearing, we only received the ATF's 60+ page report yesterday afternoon at 2:00 pm. My experts are reviewing the lengthy report and intend to provide their written responses as soon as possible. I expect to have them in advance of the next hearing.

It is my intent to provide you those response reports from my experts (pending any redactions) as soon as I receive them and have an opportunity to review them. Since Rare Breed and I have been given no meaningful opportunity to respond to the ATF's report before now, I am respectfully requesting that you add those response reports to your administrative record upon receipt.

Please advise if you will do so, and if not, please provide the reason for your refusal.

Kevin C. Maxwell



Sent from my iPad