

# The Law Office of
# Kevin C. Maxwell

Exhibit 20

| ATTORNEY | LEGAL ASSISTANT |
|---|---|
| KEVIN C. MAXWELL | LINNETTE M. CONDE |
| KEVINCMAXWELL@GMAIL.COM | KEVINMAXWELLPL@GMAIL.COM |

December 21, 2021

Craig.saier@atf.gov
Mr. Craig Saier
Special Agent in Charge
Tampa Field Division
U. S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives
400 N. Tampa Street, suite 2100
Tampa, Florida 33602

Re: Rare Breed Triggers, FRT-15

Dear Special Agent in Charge Saier

Thank you for your letter of November 15, 2021.

You had indicated on page two (2) of your November 15, 2021 letter, you had forwarded my letter and its enclosures, submitted on behalf of Rare Breed Triggers, LLC, to ATF's Firearms and Ammunition Technology Division (FATD).

I wish to inquire if you have received any response from their office and if not, do you have an expectation as to when I might hear back from your office on the FATD consideration of my submission.

As I sure you can understand, depending on the FATD's position, I may be forced to take this matter back up as a litigation

Should you have any questions or need additional information, please feel free to contact my office.

Sincerely,

/s/ Kevin Maxwell
Kevin C. Maxwell, Esquire

255 Primera Blvd. Ste 160, Lake Mary Florida 32746
Telephone: (407) 480-2179
kevincmaxwell@gmail.com