Exhibit 22

```
                                                                    1

                       UNITED STATES DISTRICT COURT
                        MIDDLE DISTRICT OF FLORIDA
                            ORLANDO DIVISION

   - - - - - - - - - - - - - - -X
   RARE BREED TRIGGERS, LLC,     :
   and KEVIN C. MAXWELL,         :
                                 : Case No.:
           Plaintiffs,           : 6:21-cv-1245-CEM-GJK
                                 :
   vs.                           :
                                 : Orlando, Florida
   MERRICK GARLAND, CRAIG        : September 16, 2021
   SAIER, MARVIN RICHARDSON,     : 10:26 a.m.
   U.S. DEPARTMENT OF            :
   JUSTICE, and BUREAU OF        :
   ALCOHOL, TOBACCO,             :
   FIREARMS AND EXPLOSIVES,      :
                                 :
           Defendants.           :
   - - - - - - - - - - - - - - -X

             TRANSCRIPT OF TELEPHONE STATUS CONFERENCE
               BEFORE THE HONORABLE CARLOS E. MENDOZA
                     UNITED STATES DISTRICT JUDGE

   APPEARANCES VIA TELEPHONE:

   Counsel for Plaintiff:        Kevin C. Maxwell
                                 Kevin C. Maxwell, Esquire
                                 255 Primera Blvd., Suite 160
                                 Lake Mary, FL 32746

   Counsel for Defendant:        Michael Patrick Clendenen
                                 Civil Division
                                 Federal Programs Branch
                                 1100 L Street NW, Suite 12028
                                 Washington, DC 20005

   Proceedings recorded by mechanical stenography.
   Transcript produced by computer-aided transcription.


   Court Reporter:   Suzanne L. Trimble, CCR, CRR, RPR
                     Federal Official Court Reporter
                     401 West Central Boulevard, Suite 4600
                     Orlando, Florida 32801
                     e-mail: trimblecourtreporter@gmail.com
```

Exhibit 22

2

```
 1                      P R O C E E D I N G S
 2            THE COURTROOM DEPUTY:  Rare Breed Triggers, LLC, et
 3   al, v. Garland, et al, Case No. 6:21-cv-1245.
 4       Counsel, please state your appearances for the record,
 5   starting with the Plaintiffs.
 6            MR. MAXWELL:  Kevin Maxwell on behalf of the
 7   Plaintiffs, Your Honor.
 8            THE COURT:  Good morning.
 9            MR. MAXWELL:  Good morning, Judge.
10            MR. CLENDENEN:  Good morning, Your Honor.  Michael
11   Clendenen from the Department of Justice for the United States.
12            THE COURT:  Good morning.
13       All right.  I set this case for status conference to see if
14   any changes had occurred since the filing of the initial motion
15   because it indicated originally that there were potential
16   criminal charges and that they were imminent.
17       So has any change taken place in that realm from the
18   Plaintiffs' perspective?  Are there criminal charges that are
19   pending or imminent at this point.
20            MR. MAXWELL:  Your Honor, it is my impression there
21   are.  I've tried to speak to the U.S. Attorney in the Western
22   District of Texas.  I received a subpoena from them to appear
23   for testimony.  I did not hear back from the U.S. Attorney.  I
24   did reach out to the ATF agent and explained to him my
25   predicament.  And he said he was going to go speak to the U.S.
```

Exhibit 22

3

```
1   Attorney, but he did not want me to appear for deposition -- or
2   for testimony for the grand jury.
3       So at this point, I don't know who the subject of the
4   investigation is, but I did get subpoenaed to testify, and based
5   on the records that I was being requested to provide, it is my
6   impression that it was going to be used to pursue myself and
7   anyone else associated with Rare Breed Triggers.
8           THE COURT:  All right.
9           MR. CLENDENEN:  Your Honor, if I may.
10          THE COURT:  Sure, please.
11          MR. CLENDENEN:  That's not -- that isn't all entirely
12  accurate, Your Honor.  The Plaintiff received a subpoena just
13  for records in an unrelated matter in the Western District of
14  Texas.  Mr. Maxwell and Rare Breed Triggers are not the subject
15  of that investigation, and the investigation does not involve
16  the FRT-15 or machine gun classification.
17          THE COURT:  Well, I think the next logical thing to do
18  on the matter pending in this Court is to set it for an
19  evidentiary hearing.
20      So from the Plaintiffs' perspective, how much time are you
21  requesting?  I think we should be able to get this done in part
22  of a day or certainly within a day.  So how much time are you
23  asking for?
24          MR. MAXWELL:  I think in a day will happen, Your
25  Honor.  I'm going to have between four and seven witnesses,
```

Exhibit 22

```
                                                                    4
 1   depending on who from the dissent they are able to bring to
 2   testify.  Specifically, I'll be looking for Mr. Smith and anyone
 3   that's prepared to cooperate in Mr. Smith's evaluation of the
 4   trigger and then my four expert witnesses.
 5           THE COURT:  Well, I mean, I would imagine if you're
 6   going to be presenting any testimony at the hearing, as you
 7   probably gleaned from the last time we were in here, you're
 8   going to have some hurdles to clear, because I have a feeling
 9   your opposing counsel is going to be filing motions seeking to
10   limit or prohibit that.  And I've made no decision on that, but
11   they've made it clear that they're going to try to prevent you
12   from presenting this information.  So you should -- you should
13   have your ducks in a row if you do plan on moving forward with
14   live testimony in the form of expert testimony at this hearing.
15      All right.  So let's see how soon we can get them in here
16   then.  Maria, what do we have?  We just need a day.
17           THE COURTROOM DEPUTY:  We can do Wednesday,
18   September 29th.
19           THE COURT:  Let me see what we have.  I'm proposing
20   Wednesday, September 29th.  You get the entire day, starting at
21   9:00 a.m.  Is that date and time acceptable to the Plaintiff?
22           MR. MAXWELL:  Your Honor, I'm already scheduled for a
23   hearing at 8:30 in Orange County, Your Honor.
24           THE COURT:  Okay.  So that doesn't work.
25           MR. MAXWELL:  If I can get that -- Your Honor, if I
```

Exhibit 22

5

```
 1  could get that moved -- but given the number of attorneys
 2  involved in that particular case, I doubt if I'm going to be
 3  able to get that moved maybe because I think it's taken almost
 4  three weeks to get it set as it is.
 5          THE COURT:  That's fine.  How about from the
 6  Plaintiffs' perspective, Monday, October 4th, starting at
 7  9:00 a.m.?
 8          MR. MAXWELL:  I have that available, Your Honor.
 9          THE COURT:  Is the defense available on that date as
10  well?
11          MR. CLENDENEN:  Yes, Your Honor.
12          THE COURT:  All right.  Thank you, both.  You have the
13  entire day.  I don't think it's going to take an entire day.  So
14  I'm not going to set any sort of pretrial telephonic status
15  conference prior to the 4th because it's a bit of a short fuse.
16  However, I think we have enough time cleared.  I'm not going to
17  schedule anything else that entire day.  So if there are any
18  administrative issues or evidentiary issues that arise during
19  the course of this hearing, I think we have enough time on that
20  day to handle it and move forward substantively with whatever
21  you plan on presenting to the Court.
22     So with that said, I will see everyone on -- and this is
23  going to be a live hearing.  This is not going to be telephonic.
24  Well, let me think about that.  Yeah, if you're going to be --
25          MR. MAXWELL:  Your Honor, if I may.
```

Exhibit 22

6

```
 1              THE COURT:  I can't make a decision.  I'm going to
 2   call it "live" at this point because the Plaintiff has indicated
 3   they plan on presenting evidence in the form of live testimony
 4   before the Court, and I need to see that.  If we were to reach a
 5   point where this was going to be pure legal argument based on
 6   the record, then I would be willing to adjust at some point, but
 7   right now I'm moving forward with the presumption that the
 8   Plaintiff is going to be presenting live testimony, and for that
 9   reason it needs to be a live hearing.  So we're looking at
10   Monday, October -- what is it again?
11              THE COURTROOM DEPUTY:  The 4th.
12              THE COURT:  October 4th, the entire day.
13              MR. MAXWELL:  The 4th, Your Honor.
14              THE COURT:  All right.  Thank you, both.
15       Is there anything from the Plaintiff?
16              MR. MAXWELL:  No, Your Honor, not at this time.
17              THE COURT:  All right.  Thank you.
18       Anything further from the defense?
19              MR. CLENDENEN:  Just, Your Honor, that we will intend
20   to file a motion in limine very soon, one regarding the
21   available evidence at the hearing.
22              THE COURT:  I would be surprised if you didn't.  And
23   so I would expect a response from your opposing party and
24   because of the short fuse here, I might have to consider your
25   motion and response and make a decision on the day of the
```

Exhibit 22

7

1  hearing.  So I understand and it's unfortunate that may
2  inconvenience the Plaintiff, who might have to bring a witness
3  here that may or may not get to testify, but as soon as you file
4  your motion and I get a response, it puts me in the best
5  position to try to get out a decision as soon as possible, but I
6  can do nothing until I have a motion and a response.  So I'll
7  look for that motion, and we'll react accordingly.
8      Thank you, both.  Have a good morning.
9          MR. MAXWELL:  Thank you, Judge.
10         MR. CLENDENEN:  Thank you, Your Honor.
11     (WHEREUPON, this matter was concluded at 10:33 a.m.)
12                     *   *   *
13                CERTIFICATE OF REPORTER
14
   I certify that the foregoing is a correct transcript of the
15 record of proceedings in the above-entitled matter.
16
    /s/ Suzanne L. Trimble_____              9/22/21
17  Suzanne L. Trimble, CCR, CRR, RPR             Date
    Official Court Reporter
18