UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| RARE BREED TRIGGERS, LLC,<br><br>Plaintiff(s)<br><br>vs.<br><br>GARLAND et al<br><br>Defendant(s). | **CONSENT/REASSIGNMENT FORM**<br><br>Case No. 3:22-cv-00085-ARS |

Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent. While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is <u>mandatory</u>.

**Consent** ✓              **Reassignment** ☐

Rare Breed Triggers, LLC

_____          _____
Party(ies) Represented                              Party(ies) Represented

*/s/  Kevin C. Maxwell*                                */s/*
Attorney Signature                                   Attorney Signature

June 6, 2022
Date                                                            Date

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.** Instead, the completed form should be returned to the e-mail address indicated below. Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.

ndd_clerksoffice@ndd.uscourts.gov