# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| RARE BREED TRIGGERS, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*,<br><br>    *Defendants*. | Case No. 3:22-cv-00085-ARS<br><br>**MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

## MOTION FOR AN EXTENSION OF TIME TO ANSWER
## OR OTHERWISE RESPOND TO COMPLAINT

Defendants submit this motion for an extension of time under Federal Rule of Civil Procedure 6(b)(1) to extend their time to file their responsive pleading or motion under Federal Rule of Civil Procedure 12. The United States Attorney for the District of North Dakota received service of process in this matter on May 27, 2022. Under Federal Rule of Civil Procedure 12(a)(2), Defendants currently have until July 26, 2022, to file their responsive pleading or motion. Counsel for Defendants have competing obligations in other cases and pre-scheduled leave plans around this time. Defendants thus request a fourteen-day extension of their deadline so that they may file their responsive pleading or motion by August 9, 2022.

Dated:  July 21, 2022	Respectfully submitted,

	BRIAN M. BOYNTON
	Principal Deputy Assistant Attorney General

	LESLEY FARBY
	Assistant Branch Director

	*/s/ Michael P. Clendenen*
	MICHAEL P. CLENDENEN
	(D.C. Bar # 1660091)
	Trial Attorney
	U.S. Department of Justice
	Civil Division, Federal Programs Branch
	1100 L Street, NW
	Washington, D.C. 20005
	Tel: (202) 305-0693
	Fax: (202) 616-8460
	michael.p.clendenen@usdoj.gov

	*Attorneys for Defendants*