UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| RARE BREED TRIGGERS, LLC,<br>    Plaintiff,<br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States; et al,<br><br>    Defendants.<br>_____ | CASE NO.: 3:22-cv-00085-ARS |

**PLAINTIFF'S NOTICE OF NO OBJECTION
TO DEFENSE MOTION FOR EXTENSION OF TIME**

Plaintiff has reviewed the Defendants' Motion for an Extension of Time to Answer or otherwise Respond to Complaint. Plaintiff has no Objection to the granting of an extension till August 9, 2022, as requested by the Defense.

Dated:   7/21/22

_/s/ Joseph Blitch_               　　　　　　  　_/s/ Kevin C. Maxwell_

**JOSEPH BLITCH**　　　　　　　　　　　　**KEVIN C. MAXWELL**
Florida Bar No. 40592　　　　　　　　　　Florida Bar No.: 0604976
9100 Conroy Windermere Rd., Ste 200　　255 Primera Blvd. Ste 160
Windermere, Fl. 34786　　　　　　　　　　Lake Mary, FL 32746
Tel (407) 574-2853　　　　　　　　　　　　Tel. (407) 480-2179
jblitch@bwesq.com　　　　　　　　　　　　kevin@kmaxwellesq.com
Attorney for Plaintiff　　　　　　　　　　　Lead Attorney for Plaintiff