UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

RARE BREED TRIGGERS, LLC,

    Plaintiff,

                                   Case No. 3:22-cv-00085-ARS

  v.

MERRICK GARLAND, in his official
capacity as Attorney General of the United States, *et al.*,

    Defendants.

_____/

**DEFENDANTS' MOTION TO DISMISS UNDER RULES 12(b)(1), 12(b)(3),
AND 12(b)(6), OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**

Defendants hereby move to dismiss the Complaint, ECF No. 1, for lack of subject matter jurisdiction, improper venue, and failure to state a claim under Federal Rules of Civil Procedure 12(b)(1), 12(b)(3), and 12(b)(6), or in the alternative, move to transfer the case to another district in which venue is proper. For the reasons set forth in their brief, Defendants' motion should be granted and the case should be dismissed, or in the alternative, transferred to another district.

1

DATED: August 9, 2022                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

*/s/ Michael P. Clendenen*
MICHAEL P. CLENDENEN
DC Bar No. 1660091
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone:   (202) 305-0693
E-mail:   michael.p.clendenen@usdoj.gov

*Counsel for Defendants*