# Exhibit 3




0005688394



**BUSINESS LIMITED LIABILITY COMPANY**
**ARTICLES OF ORGANIZATION**
SECRETARY OF STATE
(See SFN 58701)

**FILING FEE: $135**

*For Office Use Only*

**-FILED-**

SOS Control ID#: 0005688394

Date Filed: 11/9/2021

B0421-0410 11/05/2021 Received by ND Secretary of State Alvin A. Jaeger

| | |
|---|---|
| Article 1. Limited Liability Company Name<br>RARE BREED TRIGGERS, LLC | |
| Article 2. Principal Executive Office Address<br>KEVIN C MAXWELL<br>733 W COLONIAL DRIVE<br>ORLANDO, FL 32804 | |
| Article 3. Mailing Address<br>Kevin C Maxwell<br>733 W COLONIAL DR<br>ORLANDO, FL 32804-7343 | |
| Article 4. Registered Agent in North Dakota<br>CORPORATE CREATIONS NETWORK INC.<br>Commercial Registered Agent<br>Physical Address<br>1709 N 19TH ST #3<br>BISMARCK, ND 58501-2121<br>Mailing Address<br>1709 N 19TH ST #3<br>BISMARCK, ND 58501-2121 | |
| Article 5. Formation Date<br>The limited liability company shall be effective when filed with the Secretary of State. | |
| Article 6. Existence<br>The existence of the limited liability company shall be perpetual (indefinite). | |
| Article 7. Business Purpose<br>General Business<br>This limited liability company is not a series limited liability company. | |

Article 8. Organizers

| Name of Organizer | Complete Mailing Address |
|---|---|
| Samuel W Eastman | Samuel Eastman<br>2110 S Lamar Blvd<br>Suite G<br>Austin, TX 78704 |

**Signature**

☒ I, the undersigned, am an organizer, have read these Articles of Organization, know the contents, and believe the statements contained within to be true. I understand that if I make a false statement, I may be subject to criminal penalties.

*Samuel W Eastman*                                                                                       *11/05/2021*

Sign Here                                                                                                                       Date

Page 1 of 1