Local AO 450 (rev. 5/10)

# United States District Court
### *District of North Dakota*

Rare Breed Triggers, LLC, a North Dakota Limited
Liability Company,

    Plaintiff,

vs.

Merrick Garland, in his official capacity as
Attorney General of the United States, et al.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No.    3:22-cv-85

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

The United States' motion to dismiss for improper venue under Federal Rule of Civil Procedure Rule 12(b)(3), (Doc. 20), is GRANTED. In light of that decision, it is not necessary to consider the other grounds for dismissal that the United States raises. Rare Breed's motions for venue-related discovery and to stay the case pending that discovery, (Doc. 28), are DENIED. Given the parties' extensive briefing, Rare Breed's motion for oral argument, (Doc. 43), is DENIED. Rare Breed's complaint is DISMISSED without prejudice.

Date: November 4, 2022

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Sarah Cook, Deputy Clerk*